IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANNAMALAI ANNAMALAI,

   Petitioner,

    v.

WILLIAM TRUE WARDEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-4512-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for lack of jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Petitioner's Motion for Hearing [Doc. 4] is DENIED.

SO ORDERED, this 16 day of August, 2018.

                                /s/Thomas W. Thrash
                                THOMAS W. THRASH, JR.
                                United States District Judge